# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 23, 2019

## NO. 03-19-00016-CV

**Stephen J. Seavall, Appellant**

**v.**

**The Cadle Company, Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SHANNON
AFFIRMED -- OPINION BY JUSTICE SHANNON**

This is an appeal from the order of dismissal signed by the trial court on October 11, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order of dismissal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.